■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DORIAN DIAZ, Appellant. [771 NYS2d 344]—

Judgment, Supreme Court, Bronx County (John Moore, J.), rendered March 30, 1995, convicting defendant, upon his plea of guilty, of murder in the second degree, and sentencing him, as a juvenile offender, to a term of eight years to life, unanimously affirmed.

Given the heinous circumstances of the crime and the strength of the People's case, counsel rendered effective assistance when he negotiated a plea involving a sentence that was less than the maximum (*see People v Ford*, 86 NY2d 397, 404 [1995]), and counsel was not obligated to request even further leniency at sentencing. We note that such an argument, if successful, ran the risk of undoing the plea agreement pursuant to *People v Farrar* (52 NY2d 302, 307-308 [1981]).

The record does not support defendant's claim that the court's comments at sentencing exhibited bias. Concur—Tom, J.P., Andrias, Sullivan and Lerner, JJ.